LAW OFFICES OF ALAN M. GHALEB
ALAN M. GHALEB, ESQ., State Bar No. 117820
110 Pine Avenue, Suite 1000
Long Beach, California 90802
Telephone: (562) 499-2223
Facsimile: (562) 983-3618

Attorneys for Defendant
Terrence Marchiando

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. L0162228 CA 20 |
| Plaintiff, | |
| v. | WAIVER OF DEFENDANT'S PRESENCE (Rule 43, Federal Rules of Criminal Procedure) |
| TERRENCE MARCHIANDO, | |
| Defendant. | |

TO THE CLERK OF THE ABOVE ENTITLED COURT AND TO ALL INTERESTED PARTIES:

Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, the defendant Terrence Marchiando, hereby and herewith waives his right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including but not limited to, arraignment (which took place on June 3, 2014, at 9:00 a.m.), trial setting conference, further status conference now scheduled for July 1, 2014, at 9:00 a.m., at any hearing in which a continuance of trial or any other hearing is ordered, and when any other action is taken by the Court before or after trail except empanelment of jury and imposition of sentence.

RULE 43 WAIVER – DEFENDANT MARCHIANDO

1

1  Defendant hereby requests the Court to proceed during every absence by defendant
2  which the Court may permit pursuant to this waiver; defendant agrees that his interests will be
3  deemed represented at all times by the presence of his attorney, with the same force and effect
4  as if the defendant were personally present; and further agree to be present in court ready to
5
6  trial any day and hour the Court may fix in his absence.
7  Defendant further acknowledges that he has been informed of his rights under Title 18
8  U.S.C. Sections 3161-3174 (Speedy Trial Act) and authorizes his attorney to set times and
9
10 delays under that Act without the defendant being present.

11 Dated: June 9, 2014

_____
Terrence Marchiando, Defendant

13 I agree with and consent to my client's waiver of appearance.

14 Dated June 9, 2014

_____
Alan M. Ghaleb, Esq.
Attorney for Defendant
Terrence Marchiando

17 IT IS SO ORDERED

18 Dated: June, 18, 2014

_____
U. S. District Court Judge

RULE 43 WAIVER – DEFENDANT MARCHIANDO